No. 55639.—Kline & Co. et al. v. United States, protests 126315–K (S), etc. (New York).

Opinion by Ekwall, J.  It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currencies involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732.  In view of this stipulation and following the cited decision it was held that the currencies of the invoices should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

No. 55640.—Alliance Distributors, Inc. v. United States, protest 919838–G (Baltimore).

Opinion by Ekwall, J.  Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55641.—C. Parsons & Son, Ltd. v. United States, protests 56132–K, 56169–K, and 56173–K (Boston).

Opinion by Ekwall, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55642.—Continental Distributing Company, Inc., et al. v. United States, protests 162863–K/2820, etc. (Chicago).

Opinion by Ekwall, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55643.—James Barclay & Co., Ltd. v. United States, protest 169092–K/3238 (Chicago).

Opinion by Ekwall, J.  Following the authorities cited in Abstract 15400 the court dismissed the protest.